```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WARREN ZINNAMON, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY          22-cv-4385 (JGK)
SITUATED,
                                          ORDER
                    Plaintiff,

          - against -

GONE BANANAS BEACHWEAR,

                    Defendant.

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the Complaint is extended to August 25, 2022. The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by August 11, 2022. If the defendant does not respond to the Complaint by August 25, 2022, then a default judgment may be entered against it. The conference scheduled for August 11, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
          August 3, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge