

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
TAMIR SALAND▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪
CHRISTOFER MERRITT▲
ROBERT YUSKO▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 4, 2022

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

    Re:    <u>Zinnamon vs Gone Bananas Beachwear</u>

           **Case #: 1:22-cv-4385**

Dear Judge Koeltl:

We represent the Plaintiff in the above matter. On August 4, 2022, the Defendant was emailed a copy of the Order Granting Extension of Time for the Defendant to respond to the complaint .

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.