# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

September 28, 2022

*Via Electronic Filing*
The Honorable John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

                              Re:    *Zinnamon v. Gone Bananas Beachwear*
                                     **Case No.: 1:22-cv-04385-JGK**

Dear Honorable Judge Koeltl:

       This law firm has recently been retained by Defendant Gone Bananas Beachwear (the "Plaintiff") in the above-referenced action.

       Pursuant to Your Honor's Individual Practices I(A) and I(E), the following letter serves as a request to adjourn the telephonic pre-motion conference scheduled for October 5, 2022 at 12:00 p.m. to another date and time set by the Court after October 5, 2022.

       The basis of this request is that the undersigned law firm will be observing Yom Kippur on October 5, 2022.

       This is the first request of its nature. If granted, this extension would not affect any other scheduled deadlines. This request is made on consent of Plaintiff's counsel.

       In light of the foregoing, it is respectfully requested that the Court adjourn the telephonic pre-motion conference scheduled for October 5, 2022 at 12:00 p.m. to another date and time set by the Court before[1] or after October 5, 2022.

       We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

       Thank you, in advance, for your time and consideration.

*[Handwritten annotation:]* Adjourned to Wednesday, October 19, 2022, at 12:30 PM. Dial-in: (888) 363-4749. Access Code: 8140049. So ordered. 9/28/22 /s/ John G. Koeltl, USDJ

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
     Jason Mizrahi
     60 East 42nd Street, Suite 4747
     New York, NY 10170
     Tel. No.: (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Defendant*

VIA ECF: All Counsel

---

[1] Via email sent on September 28, 2022 at 11:25 a.m., Plaintiff's counsel represented that he will be out of office from October 5, 2022 through and including October 20, 2022.