

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 6, 2022

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

RE:   *Zinnamon v. Gone Bananas Beachwear*
         1:22-cv-04385-JGK

Dear Judge Koeltl:

This law firm represents Plaintiff in the above-referenced matter. With the consent of counsel for Defendant, we write to respectfully request an adjournment of the pre-motion conference, currently scheduled for October 19, 2022.

This is the second request for adjournment of the conference. On September 28, 2022, counsel for Defendant filed a request, with our consent, to adjourn the conference that was then scheduled for October 5, 2022, coinciding with the Yom Kippur holiday.

We respectfully request that the Conference be adjourned for after October 20, 2022, as Plaintiff's counsel will not be available until that date.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.