UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
WARREN ZINNAMON,

                          Plaintiff,       22-cv-4385 (JGK)

      - against -                        ORDER

GONE BANANAS BEACHWEAR,

                          Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **November 28, 2022**. The defendant may answer or file any motion by **December 23, 2022**. The plaintiff may respond to any motion by **January 20, 2023**. The defendant may reply by **February 3, 2023**.

SO ORDERED.

Dated:    New York, New York
           November 3, 2022

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge