Case 1:22-cv-04385-JGK   Document 22   Filed 11/25/22   Page 1 of 1

Case 1:22-cv-04385-JGK   Document 21   Filed 11/25/22   Page 1 of 1



# STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 25, 2022

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

RE:   *Zinnamon v. Gone Bananas Beachwear*
        Case No.: 1:22-cv-04385-JGK

Dear Judge Koeltl:

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/25/22

This firm represents Plaintiff Warren Zinnamon ("Plaintiff") in the above-referenced matter. Plaintiff respectfully requests an extension of 14 days to file his amended complaint. Per the Court's order of November 3, 2022, the amended complaint is due November 28. The new due date would be December 12, 2022. Defendant has granted his gracious consent to this extension.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.