UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN ZINNAMON,<br><br>                              Plaintiff,<br><br>-v.-<br><br>GONE BANANAS BEACHWEAR,<br><br>                              Defendant. | 22 Civ. 4385 (JHR)<br><br>NOTICE OF REASSIGNMENT |

JENNIFER H. REARDEN, District Judge:

      This case has been reassigned to this Court. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered. However, all previously scheduled appearances or conferences before the District Judge are hereby adjourned pending further notice from the Court.

      If this case has been settled or otherwise terminated, counsel should ensure that a stipulation of discontinuance, voluntary dismissal, or other appropriate proof of termination is filed on the docket, using the proper ECF Filing Event. *See* S.D.N.Y. Electronic Case Filing Rules & Instructions §§ 13.17-13.18, 13.20. Requests for extensions or adjournment of dates not affected by this Order may be made only in accordance with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.

SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge