UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN ZINNAMON,

          Plaintiff,

-v-

GONE BANANAS BEACHWEAR,

          Defendant.

CIVIL ACTION NO.: 22 Civ. 4385 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, the parties informed the Court, by email, that they have reached a settlement in principle. In light of their settlement, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden by **June 21, 2023**.

The Clerk of Court is respectfully directed to terminate the settlement conference that was scheduled for today, May 22, 2023. (ECF No. 31).

Dated:    New York, New York
          May 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge