

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 24, 2023

**Via CM/ECF**
The Honorable Sarah L. Cave
United States District Court
Southern District of New York

> The parties' request at ECF No. 35 is GRANTED. By **August 14, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.
>
> The Clerk of Court is respectfully directed to close ECF No. 35.
>
> SO ORDERED.   7/24/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

RE:   *Zinnamon v. Gone Bananas Beachwear*
      Case No.: 1:22-cv-04385-JHR-SLC

Dear Judge Cave:

    We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a twenty-two (22) day extension of time for the parties to file the stipulation of dismissal. The new due date would be Monday, August 12, 2023. The requested extension will afford the parties the opportunity to finalize our settlement papers, a process that is well under way.

    This is the second such request in this matter, as Your Honor granted a 30-day extension on June 22, 2023.

    We thank the Court for its kind consideration and courtesies.

    Respectfully Submitted,

    */s/ Mark Rozenberg*
    By:  Mark Rozenberg, Esq.